**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **JESSICA RAE PLEASANT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 23-CV-037-MTS |
| | ) |
| **ARTS AND HUMANITIES COUNCIL OF TULSA, INC. d/b/a AHHA TULSA,** | ) |
| | ) |
| **Defendant.** | ) |

**JUDGMENT OF DISMISSAL**

This matter is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(b) and 16(f)(1).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this judgment of dismissal is entered in favor of Defendant Arts and Humanities Council of Tulsa, Inc. d/b/a AHHA Tulsa and against Plaintiff Jessica Rae Pleasant.

IT IS SO ORDERED this 10th day of July, 2023.

MARK T. STEELE, MAGISTRATE JUDGE
UNITED STATES DISTRCT COURT